IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Gary N. Rutter, | : |
| Plaintiff | : |
| v. | : Case No. 2:07-cv-1309 |
| Commissioner of Social Security, | : Judge Michael H. Watson |
| Defendant | : |

**ORDER**

On November 28, 2008, the Magistrate Judge issued a report and recommendation that the decision of the Commissioner of Social Security be affirmed. Objections to this report and recommendation were due by December 15, 2008.

Plaintiff has filed no objections to the report and recommendation. On *de novo* review as required by 28 U.S.C. §636(b), I find the report and recommendation well taken. Accordingly, it (Doc. 18) is **ADOPTED**. The decision of the Commissioner of Social Security is **AFFIRMED**, and this case is hereby **DISMISSED**. The Clerk of Court is instructed to close this case.

Michael H. Watson, Judge
United States District Court